UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cr-00136-JMS-MJD |
| ) | |
| JIMMY ALEXANDER (01), ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation [dkt. 116] that Jimmy Alexander's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation [dkt. 116]. The Court finds that Mr. Alexander committed Violation Numbers 1, 2 and 3, as alleged by the U. S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* [dkt #'s 102 and 108]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Jimmy Alexander is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months imprisonment with no supervised release to follow. The Court further recommends placement at a facility with a drug treatment program.

So ORDERED.

Date: July 12, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal